**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**GULF COAST PHARMACEUTICALS**
**PLUS, LLC and PRIMARY**
**PHARMACEUTICALS, INC.**                                                **PLAINTIFFS**

**v.**                                        **CIVIL ACTION NO.: 1:24-CV-80-LG-RPM**

**RFT CONSULTING, INC. and**
**BRANDON REICH,** *et al.*                                        **DEFENDANTS**

---

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE**
**RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

---

**COME NOW,** the Plaintiffs, Gulf Coast Pharmaceuticals Plus, LLC and Primary Pharmaceuticals, Inc. ("Plaintiffs"), by and through the undersigned counsel of record, and file this their *Unopposed Motion for Extension of Time to File Response in Opposition to Defendants' Motion to Dismiss*, and in support thereof would show unto this Honorable Court the following:

1. On December 17, 2025, Defendants Richmont Capital, LLC and LBR Management Group, LLC filed their *Motion to Dismiss for Lack of Personal Jurisdiction* **[Doc. 76]**.

2. On December 17, 2025, Defendant Ryan Wolf filed his *Motion to Dismiss First Amended Complaint* **[Doc. 72].**

3. On December 17, 2025, Hutcheson Homecare Pharmacy, Inc., filed its *Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim* **[Doc. 78].**

4. Currently, Plaintiffs' Responses to the above motions are due on January 15, 2025.

5. In the past two weeks, Counsel for Plaintiffs have been encumbered by:

   a. An appellate brief in front of the Unites States Court of Appeals for the Fifth Circuit;

   b. Dispositive motion briefing (and a hearing thereon) in a negligent installation case in Harrison County, Mississippi;

    c.   A hearing on a Motion for Summary Judgment and Petition to Probate a Will in an estate matter in Lauderdale County, Mississippi;

    d.   A hearing on Motions in Limine and outstanding Daubert Motions in Harrison County;

    e.   Briefing on a Motion to Remand in an insurance dispute in the United States District Court for the Southern District of Mississippi, Northern Division;

    f.   Along with a litany of other briefings on various motions.

6.   For these reasons, Plaintiffs respectfully request a five (5) day extension (two business days) to file their Responses, thereby making their Responses due on Tuesday, January 20, 2026.

7.   Plaintiffs state that this Motion for Extension of Time is not for the purpose of hindrance or delay and that no prejudice will occur to the Defendants by granting of this Motion. The undersigned has conferred with Defendants; counsel for Hutcheson Homecare Pharmacy, Inc., counsel for Ryan Wolf, and counsel for LBR Management Group, LLC and Richmont Capital, LLC have no objection.

8.   Given the straightforward and uncontested nature of this Motion, Plaintiffs request relief from the local rule requirements of submitting a proposed order and supporting memorandum.

WHEREFORE, PREMISES CONSIDERED, the Plaintiffs respectfully request that the Court grant Plaintiffs' motion and extend the deadline to file their response in opposition to Defendants' *Motion to Dismiss for Lack of Personal Jurisdiction* **[Doc. 76],** the *Motion to Dismiss First Amended Complaint* **[Doc. 72],** and the *Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim* **[Doc. 78]** from January 15, 2026 to January 20, 2026.

Respectfully submitted this the 15th day of January, 2025.

               **GULF COAST PHARMACEUTICALS, PLUS, LLC and PRIMARY PHARMACEUTICALS, INC., Plaintiffs**

*/s/ P. Manion Anderson*
P. MANION ANDERSON, MSB #104250
PEYTON N. RATCLIFF, MSB #107040
CHRISTOPHER C. VAN CLEAVE, MSB #10796

P. Manion Anderson, MSB #104250
Peyton N. Ratcliff, MSB #107040
McHard Anderson, PLLC
140 Mayfair Road, Suite 1500
Hattiesburg, MS 39402
T: (601) 450-1715
F: (601) 450-1719
Em: manderson@mchardlaw.com
Em: pratcliff@mchardlaw.com

Christopher C. Van Cleave, MSB #10796
Van Cleave Law, P.A.
146 Porter Avenue,
Biloxi, MS 39530
T: (228) 432-7826
F: (228) 456-0998
Em: christopher@vancleavelaw.com

## <u>CERTIFICATE OF SERVICE</u>

I, P. Manion Anderson, do hereby certify that I have this day filed a true and correct copy of the above and foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

THIS the 15th day of January, 2026.

/s/ P. Manion Anderson
COUNSEL OF RECORD