## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

GULF COAST PHARMACEUTICALS  )
PLUS, LLC; and PRIMARY       )
PHARMACEUTICALS, INC.        )
                             )
          Plaintiffs,    )
                             )
v.                           )    Civil Action No.: 1:24-cv-00080-TBM-
                             )    RPM
RFT CONSULTING, INC.; BRANDON )
REICH; RICHMONT CAPITAL LLC; )
LBR MANAGEMENT GROUP LLC; TAG )
PRESERVATION SPECIALISTS,    )
CORPORATION; GONZALO         )
CARRANZA; RYAN WOLF, LLC; RYAN )
WOLF; WASATCH RX LLC; SAFE   )
CHAIN SOLUTIONS LLC; HUTCHESON )
HOMECARE PHARMACY, INC.; XYZ )
PHARMACY 1-5; and JOHN AND JANE )
DOES 1-5                     )
                             )
          Defendants.     )

## SAFE CHAIN SOLUTIONS LLC'S
## SECOND MOTION FOR ENLARGEMENT OF TIME TO
## RESPOND TO PLAINTIFFS' AMENDED COMPLAINT

**COMES NOW**, Defendant, Safe Chain Solutions LLC ("Safe Chain"), by and through counsel, and without waiving any of its Rule 12 affirmative defenses and objections, or any other affirmative defenses, moves this Court for additional time through and including April 17, 2026, in which to raise its Rule 12 defenses and objections, or to answer, plead or otherwise respond to the Amended Complaint, and any written discovery requests propounded by Plaintiff, and in support of said Motion would respectfully show unto this Court as follows:

On October 29, 2025, certain principals of Safe Chain's parent, namely Charles and Patrick Boyd, were convicted on multiple counts by a jury in the United States District Court for the Southern District of Florida, Case 1:24-cr-20255-WPD. This Court previously granted additional time to respond to and including February 17, 2026. [Text Order, January 5, 2026]. Since that time, undersigned counsel has confirmed with Safe Chain's prior corporate counsel Adam Lynn and Stryder Dickson, attorneys with the McAllister, DeTar, Showalter & Walker LLC in Maryland and with Charles and Patrick Boyd's criminal defense attorneys in Miami, Florida. Undersigned counsel has further communicated with a number of previous employees and business associates of Safe Chain and Charles and Patrick Boyd.

It is understood that Charles and Patrick Boyd will be sentenced on March 13, 2026 in the Fort Lauderdale Division of the United States District Court for the Southern District of Mississippi, following which, each individual will be provided greater access to undersigned counsel for purposes of instruction in this civil litigation.

As a result of the foregoing, to date, undersigned counsel has been unable to properly confer with a representative of Safe Chain in order to prepare and file a proper answer, pleading or otherwise respond to the Amended Complaint and/or any written discovery, and additional time is needed for such purpose. This Motion is not brought for the purpose of delay or harassment and will impose no prejudice to any party.

Counsel for Defendant has discussed these circumstances with Plaintiffs' counsel prior to filing this Motion. Counsel for Defendant has informed Plaintiffs' counsel of the relief requested herein.

WHEREFORE, Defendant, Safe Chain, respectfully requests that the Court grant this Motion and enter an Order which grants this Defendant additional time, through and including

PD.60763823.1

April 17, 2026, to respond to the Amended Complaint and/or any written discovery.  Defendant

requests any and all other or further relief deemed appropriate by the Court.

This, the 17th day of February, 2026.

SAFE CHAIN SOLUTIONS, LLC, Defendant

PHELPS DUNBAR LLP

BY: *s/ Adam Harris*

Adam Harris MS Bar 102955
Shelby Schepens MS Bar 106355
PHELPS DUNBAR LLP
2602 13th Street, Suite 300
Gulfport, Mississippi 39501
Telephone: 228 679 1130
Facsimile: 228 679 1131
Email: adam.harris@phelps.com
Email: Shelby.schepens@phelps.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2026 I electronically filed the above and forgoing with

the Clerk of the Court using the ECF system which sent notification of such filing to all counsel

of record.

*s/  Adam Harris*

ADAM HARRIS

PD.60763823.1