**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**GULF COAST PHARMACEUTICALS**
**PLUS, LLC and PRIMARY**
**PHARMACEUTICALS, INC.**                                    **PLAINTIFFS**

**v.**                                    **CIVIL ACTION NO.: 1:24-CV-80-LG-RPM**

**RFT CONSULTING, INC. and**
**BRANDON REICH, *et al.***                                    **DEFENDANTS**

---

**REPLY IN SUPPORT OF MOTION TO STRIKE RICHMONT CAPITAL, LLC'S AND LBR MANAGEMENT GROUP, LLC'S NEW ARGUMENTS**

---

**COME NOW,** the Plaintiffs, Gulf Coast Pharmaceuticals Plus, LLC and Primary Pharmaceuticals, Inc. ("Plaintiffs"), by and through the undersigned counsel of record, and files this their *Reply in Support of Motion to Strike Richmont Capital, LLC's and LBR Management Group, LLC's New Arguments*, and in support thereof would show unto the Court the following:

1. On January 27, 2026, Richmont and LBR filed their *Reply in Support of Amended Motion to Dismiss for Lack of Personal Jurisdiction* **[Doc. 88]** in which they asserted for the very first time that Plaintiffs were required to, at the earliest stages of this litigation, and before even a scintilla of discovery has been conducted, produce affidavits, business records, or other proof in order to combat Richmont's and LBR's motion to dismiss. *See* **Doc. 88,** Pg. 2.

2. In support of that argument, LBR and Richmont cited no caselaw from Mississippi or the Fifth Circuit Court of Appeals where a Plaintiff was forced to produce substantive evidence to defeat a motion to dismiss. Rather, LBR and Richmont relied solely upon *Crown Distributing LLC v. Peaceful Choice Distribution, LLC*, 2022 WL 19763245, an unreported opinion from the United States District Court for the Northen District of Texas which has **never** been cited nor

relied upon by any Court in Mississippi, the Court of Appeals for the Fifth Circuit, or any Court outside of the State of Texas.

3. In addition, the case relied upon by the Court in *Crown Distributing* was *Theunissen v. Matthews*, 935 F.2d 1454 (6th Cir. 1991), a case from the Sixth Circuit which has **never** been relied upon by a federal court in the State of Mississippi nor by the Fifth Circuit Court of Appeals.

4. Despite this, LBR and Richmont claim that they have not presented a new argument but, rather, have simply asserted "a statement of the law about which Plaintiffs are presumed to know."[1] However, this argument is clearly baseless when one takes into account the fact that the "statement of the law" cited is an obscure, unsupported case from the Northern District of Texas which relied entirely upon law which has never been adopted by this Circuit.

5. In contradiction to Defendants' assertion that Plaintiffs filed the present motion to "deflect from their own failures,"[2] it appears that LBR and Richmont were themselves so convinced by Plaintiffs' Response to their Motion to Dismiss that they were forced to present a brand new argument, i.e., that Plaintiffs were required to produce an affidavit, in their Reply brief which has never been adopted by any court in Mississippi or by the Fifth Circuit Court of Appeals.

6. Because arguments which are "raised for the first time in a reply brief" are waived and "may be stricken by the court,"[3] this baseless argument which has never been adopted by this Court nor any Fifth Circuit court outside of the State of Texas should be struck.

WHEREFORE, Plaintiffs respectfully request that the Court strike the new arguments of Richmont and LBR and consider the substance of their *Reply* **[Doc. 88]** with no reference to those arguments.

---

[1] **Doc. 99, ¶** 4.
[2] **Doc. 99, ¶** 4.
[3] *Jones v. Cain*, 600 F.3d 527, 541 (5th Cir. 2010).

Respectfully submitted this the 25th day of February, 2026.

**GULF COAST PHARMACEUTICALS PLUS, LLC and PRIMARY PHARMACEUTICALS, INC.,**
**Plaintiffs**

*/s/ Peyton N. Ratcliff*
PEYTON N. RATCLIFF, MSB #107040
P. MANION ANDERSON, MSB #104250
CHRISTOPHER C. VAN CLEAVE, MSB #10796

P. Manion Anderson, MSB #104250
Peyton N. Ratcliff, MSB #107040
McHard Anderson, PLLC
140 Mayfair Road, Suite 1500
Hattiesburg, MS 39402
T: (601) 450-1715
F: (601) 450-1719
Em: manderson@mchardlaw.com
Em: pratcliff@mchardlaw.com


Christopher C. Van Cleave, MSB #10796
Van Cleave Law, P.A.
146 Porter Avenue,
Biloxi, MS 39530
T: (228) 432-7826
F: (2228) 456-0998
Em: christopher@vancleavelaw.com

**CERTIFICATE OF SERVICE**

I, the undersigned counsel of record, do hereby certify that I have this day filed a true and correct copy of the above and foregoing with the Clerk of the Court using the PACER/ECF system, which sent notification of such filing to all counsel of record.

THIS the 25th day of February, 2026.

/s/ Peyton N. Ratcliff
COUNSEL OF RECORD

4