**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

| | |
|---|---|
| GULF COAST PHARMACEUTICALS PLUS, LLC; and PRIMARY PHARMACEUTICALS, INC. | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No.: 1:24-cv-00080-LG-RPM ) |
| RFT CONSULTING, INC.; BRANDON REICH; RICHMONT CAPITAL LLC; LBR MANAGEMENT GROUP LLC; TAG PRESERVATION SPECIALISTS, CORPORATION; GONZALO CARRANZA; RYAN WOLF; WASATCH RX LLC; SAFE CHAIN SOLUTIONS LLC; HUTCHESON HOMECARE PHARMACY, INC.; XYZ PHARMACIES AND SUPPLIERS 1-5; and JOHN AND JANE DOES 1-10 | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**<u>DEFENDANT RYAN WOLF, LLC'S
MOTION TO DISMISS FIRST AMENDED COMPLAINT</u>**

Defendant, Ryan Wolf LLC ("Wolf LLC"), by and through undersigned counsel, moves to dismiss the First Amended Complaint ("FAC") of Plaintiffs, Gulf Coast Pharmaceuticals Plus, LLC ("GCPP") and Primary Pharmaceuticals, Inc. ("Primary"), pursuant to Fed. R. Civ. P. 8(a)(2), 9(b), 10(b) and 12(b)(6).

1.    As an initial matter, Wolf LLC expressly incorporates, adopts, and hereby seeks leave to join in co-Defendant Ryan Wolf's Motion to Dismiss First Amended Complaint (D.E. 72) and Memorandum in Support of Motion to Dismiss First Amended Complaint (D.E. 73), except for Ryan Wolf's arguments directed to Count III for breach of contract, which Wolf LLC does not

incorporate, adopt, or seek joinder.

2.      Like the initial Complaint (D.E. 1-1), the FAC is the proverbial shotgun-style pleading containing an over-stretched tangle of eighteen (18) overlapping causes of action tethered together by the most conclusory terms, all of which refer to the same underlying factual allegations that stem from an independent contractor agreement that is comparatively simple. The FAC does not give Wolf LLC fair or adequate notice of the claims asserted against it and the factual grounds on which each claim rests. Plaintiffs' FAC should therefore be dismissed for procedural and substantive deficiencies because it an impermissible "shotgun" pleading and improper under Rules 8(a) and 10(b).

3.      Primary lacks standing to pursue its claims because Wolf LLC does not have any contract with Primary nor are there any facts alleged that Wolf LLC provided services on behalf of Primary, operated as an agent for Primary, or was provided with access to any confidential information of Primary to give rise to any fiduciary duty.

4.      The FAC must be dismissed for failure to state a claim because the FAC lacks specific facts and relies upon formulaic and conclusory allegations.

5.      Plaintiffs have no tort claims because the source of their alleged duty is a contract, and it is well-settled that the failure to perform a contractual obligation gives rise to no claim in tort.

6.      Plaintiffs' breach of contract claim fails because it is unclear who the parties to the purported contract are, let alone what provisions have been allegedly breached.  Further, Wolf LLC had no contract with Primary, and while the FAC further alleges that "GCPP received an assignment of certain claims from Primary Pharmaceuticals, Inc." it also alleges that Primary is GCPP's "successor company[.]" *Id.*, ¶¶ 1, 33.  .

7.    Plaintiffs have no claim for embezzlement (or conversion) under Mississippi law.

8.    Plaintiffs' claim for tortious interference must be denied because the FAC fails to identify the specific business relationships that Wolf LLC allegedly tortiously interfered and/or the method or manner in which Wolf LLC conducted that tortious interference.

9.    Plaintiffs' claims for equitable estoppel is an equitable remedy and cannot be plead as individual causes of action.

10.    Plaintiffs' claims for breach of the implied duty of good faith and fair dealing and tortious breach of contract fail because Plaintiffs have not stated a viable claim for breach of contract.

11.    Plaintiffs' claim for unjust enrichment fails because Plaintiffs allege the existence of an express contract, seek various legal remedies through other claims, and fail to provide factual allegations in support of the FAC's conclusory assertions.

12.    Plaintiffs' claims for civil conspiracy are barred by the one-year statute of limitation for such actions.

13.    Plaintiffs' fraud-based claims are not pled with particularity as required by Rule 9(b).

14.    Plaintiffs' claim for an accounting fails because Plaintiffs have alleged multiple remedies at law.

15.    Finally, because Plaintiffs have no claim in tort against Wolf LLC, and because Plaintiffs have failed to plead fraud with particularity, their claims for punitive damages necessarily fail, all as outlined in the attached Memorandum in Support.

Respectfully submitted,

*/s/ Todd G. Crawford*

Todd G. Crawford (MBN 102620)
LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD
1607 24th Avenue, Suite B
Gulfport, MS 39501
Telephone:  (228) 206-0033
E-Mail:  tcrawford@lawla.com
ATTORNEYS FOR DEFENDANT RYAN WOLF
LLC

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served by Notice of Electronic Filing,

or, if the party served does not participate in the Notice of Electronic Filing, by U.S. First Class

Mail, hand delivery, fax or email on this, the 30th day of March 2026:

Christopher C. Van Cleave
Van Cleave Law, P.A.
146 Porter Avenue, P.O. Box 1916
Biloxi, MS 39530
christopher@vancleavelaw.com
*Attorneys for Plaintiffs Gulf Coast Pharmaceuticals Plus, LLC*
*and Primary Pharmaceuticals, Inc.*

Paul Manion Anderson
McHard, McHard, Anderson & Associates, PLLC
140 Mayfair Road, Suite 1500
Hattiesburg, MS 39402
manderson@mchardlaw.com
*Attorneys for Plaintiffs Gulf Coast Pharmaceuticals Plus, LLC*
*and Primary Pharmaceuticals, Inc.*

A. Kelly Sessoms, III
Wilkinson, Williams, Bosio & Sessoms, PLLC
734 Delmas Avenue, P.O. Box 1618
Pascagoula, MS 39568-1618
*Attorneys for Brandon Reich, RFT Consulting, Inc.,*
*Richmond Capital LLC, and LBR Management Group LLC*

4

William E. Whitfield, III
Copeland, Cook, Taylor & Bush, P.A.
2781 C. T. Switzer Sr. Drive
Biloxi, MS 39531
bwhitfield@wewiii.net
*Attorneys for Wasatch Rx LLC*

Adam B. Harris
Phelps Dunbar LLP
2602 13th Street, Suite 300
Gulfport, MS 39501
adam.harris@phelps.com
*Attorneys for Safe Chain Solutions LLC*

Cheri Turnage Gatlin
John M. Lassiter
Joshua W. Stover
Burr & Forman LLP
190 E. Capitol Street, Suite M-100
Jackson, Mississippi  39201
cgatlin@burr.com
jlassiter@burr.com
jstover@burr.com
*Attorneys for Hutcheson Homecare Pharmacy, Inc.*

Arthur F. Jernigan, Jr.
Jernigan Copeland Attorneys
970 Ebenezer Blvd, P.O. Box 2249
Madison, MS 39110
ajernigan@jcalawfirm.com
*Attorneys for Gonzalo Carranza and
Tag Preservation Specialists, Corporation*

*/s/ Todd G. Crawford*

5